B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 14–35356**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Daniel Michael Bermes
   5850 Walnut Avenue, Apt. 2C
   Downers Grove, IL 60516

Social Security / Individual Taxpayer ID No.:
   xxx–xx–5656

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                    FOR THE COURT

Dated: <u>February 25, 2015</u>                        <u>Jeffrey P. Allsteadt, Clerk</u>
                                                          United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 14-35356-DRC
Daniel Michael Bermes  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet              Page 1 of 2                  Date Rcvd: Feb 25, 2015
                              Form ID: b18                 Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2015.
```
db             +Daniel Michael Bermes,   5850 Walnut Avenue, Apt. 2C,   Downers Grove, IL 60516-6024
22518212      ++AAA CHECKMATE LLC,   7647 W 63RD ST,   SUMMIT IL 60501-1811
                 (address filed with court: AAA Checkmate LLC,   327 Missouri Avenue #506,
                 East Saint Louis, IL 62201)
22518213      ++BROTHER LOAN AND FINANCE COMPANY,   7621 W 63RD ST,   SUMMIT IL 60501-1811
                 (address filed with court: Brother Loan Finance,   7641 W. 63rd Street,
                 Summit Argo, IL 60501)
22459074       Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
22459075      +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
22513006      +First Northern Credit Union c/o,   Walinski & Associates PC,   221 N. LaSalle St., Suite 1000,
                 Chicago, IL 60601-1320
22459080      +Hyundai Financial,   Attn: Bankruptcy,   PO Box 20809,   Fountain Valley, CA 92728-0809
22459083      +Personal Finance,   6392 S Cass Avenue,   Westmont, IL 60559-3207
22459084      +State of Illinois: Department of Revenue,   PO Box 19006,   Springfield, IL 62794-9006
22503119     +++Synchrony Bank (HHGregg),   c/o Recovery Management Systems Corp.,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
22459085      +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
22459086      +Trunkett & Trunkett, P.C.,   20 N. Wacker Drive,   #1434,   Chicago, IL 60606-2906
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             EDI: QFJKOKOSZKA.COM Feb 26 2015 00:48:00     Frank J Kokoszka,   Kokoszka & Janczur, P.C.,
                 122 South Michigan Ave,   Suite 1070,   Chicago, IL  60603-6270
22459067      +E-mail/Text: BKO@ABRICU.com Feb 26 2015 01:03:39     ABRI Credit Union,   1350 W Renwick Road,
                 Romeoville, IL 60446-5345
22459068      +EDI: BECKLEE.COM Feb 26 2015 00:48:00     American Express,   Po Box 3001,
                 16 General Warren Boulevard,   Malvern, PA 19355-1245
22459069      +EDI: CAPITALONE.COM Feb 26 2015 00:48:00     Capital One Bank,   Attn: General Correspondence,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
22459070      +EDI: AIS.COM Feb 26 2015 00:48:00     Capital One, N.A. *,   c/o American Infosource,
                 P.O Box 54529,   Oklahoma City, OK 73154-1529
22459071      +EDI: CAPITALONE.COM Feb 26 2015 00:48:00     Capital One, N.A.*,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
22459072      +EDI: WFNNB.COM Feb 26 2015 00:48:00     Comenity Bank,   Po Box 182789,
                 Columbus, OH 43218-2789
22459073      +EDI: WFNNB.COM Feb 26 2015 00:48:00     Comenity Bank,   220 W. Schrock Road,
                 Westerville, OH 43081-2873
22459076      +E-mail/Text: bknotifications@fncu.org Feb 26 2015 01:03:40     First Northern Credit Union,
                 230 W Monroe Street Suite 2850,   Chicago, IL 60606-4903
22459077      +EDI: AMINFOFP.COM Feb 26 2015 00:48:00     First Premier Bank,   601 S Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
22459078      +EDI: AMINFOFP.COM Feb 26 2015 00:48:00     First Premier Bank,   3820 N Louise Avenue,
                 Sioux Falls, SD 57107-0145
22459079      +E-mail/Text: bk@gafco.net Feb 26 2015 01:04:08     Great American Finance,   Attn: Bankruptcy,
                 20 N Wacker Dr. Suite 2275,   Chicago, IL 60606-1294
22459081       EDI: IRS.COM Feb 26 2015 00:48:00     Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA 19114
22459082      +EDI: CBSKOHLS.COM Feb 26 2015 00:48:00     Kohl's,   N56 W 17000 Ridgewood Drive,
                 Menomonee Falls, WI 53051-7096
22494805       EDI: Q3G.COM Feb 26 2015 00:48:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
                                                                                               TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

```
District/off: 0752-1          User: adragonet            Page 2 of 2                 Date Rcvd: Feb 25, 2015
                              Form ID: b18               Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2015                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2015 at the address(es) listed below:
            Brian E Lewis    on behalf of Creditor   First Northern Credit Union blewis@walinskilaw.com,
             ntriebe@walinskilaw.com
            Charles L. Magerski    on behalf of Debtor Daniel Michael Bermes Cmagerski@sulaimanlaw.com,
             courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
             m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
            Frank J Kokoszka    trustee@k-jlaw.com,   fkokoszka@ecf.epiqsystems.com
            Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```